**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 23697 |
| Devonda Hutchinson, ) | |
| ) | HON. David D. Cleary |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO: Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on June 8, 2020, at 9:30 a.m. I shall appear before the Honorable David D. Cleary in Courtroom 644 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 18, 2020.

/s/ *Aaron Weinberg*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-23697<br>Northern District of Illinois<br>Eastern Division<br>Wed May  6 15:04:16 CDT 2020 | Selene Finance LP as attorney in fact for Wi<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Avenue, 7th Floor<br>Clayton, MO 63105-1960 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Avenue, 7th Floor<br>Clayton, MO 63105-1960 |
| Wilmington Savings Fund Society, FSB<br>RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 1<br>Duluth, GA 30097-8458 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 |
| Advance Cash<br>P.O. Box 10<br>Parshall, ND 58770-0010 | Americash - Bankruptcy<br>Mkt Square Shop Ctr 180 S Bolingbrook Dr<br>Bolingbrook, IL 60440-2852 | Bridge Lending Solutions<br>597 Peace Pipe Road<br>Lac Du Flambeau, WI 54538 |
| CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | COASTTOCOAST<br>101 HODENCAMP RD SUITE 120<br>THOUSAND OAKS, CA 91360-5831 | Capital Management Services, LP<br>698 1/2 S Ogden St<br>Buffalo, NY 14206-2317 |
| City of Chicago<br>205 W Randolph # 1100<br>c/o Goldman and Grant<br>Chicago, IL 60606-1813 | City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago - Parking and red Light Tick<br>Department of Revenue - PO Box 88292<br>Chicago, IL 60680 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 | Comcast<br>11621 E. Marginal Way # 5<br>Bankruptcy Dept<br>Seattle, WA 98168-1965 |
| Commonwealth Edison<br>3 Lincoln Ctr<br>Attn: Bankruptcy Department<br>Oakbrook Ter, IL 60181-4204 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Convergent<br>800 SW 39th St/PO Box 9004<br>Renton, WA 98057-9004 |
| Country Club Hills Municipality<br>4200 W 183rd Street<br>Country Club Hills, IL 60478-5338 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Golden Valley Lending, Inc<br>635 East Hwy 20, E<br>Upper Lake, CA 95485-8793 |
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Tollway<br>2700 Ogden Ave<br>Legal Dept<br>Downers Grove, IL 60515-1703 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FND LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>233 S WACKER #4030<br>Chicago, IL 60606-6379 | Municipal Collection Services<br>PO BOX 327<br>Palos Heights, IL 60463-0327 | Municipal Collections of American, Inc.-Vill<br>P.O. Box 666<br>Lansing, IL 60438-0666 |
| Nicor Gas<br>90 N. Finley Road<br>Glen Ellyn, IL 60137-6078 | North Cash<br>PO Box 498<br>Hays, MT 59527-0498 | Northwood Asset Management Group<br>3901 Genesee St<br>Buffalo, NY 14225-1944 |
| PENN CREDIT<br>Po Box 69703<br>Harrisburg, PA 17106-9703 | Progressive Auto Insurance<br>6300 Wilson Mills Rd<br>Cleveland, OH 44143-2182 | SELENE FINANCE LP<br>9990 RICHMOND AVE STE 40<br>HOUSTON, TX 77042-4559 |
| SENTRY CREDIT INC<br>2809 GRAND AVE<br>EVERETT, WA 98201-3417 | US DEPT ED<br>PO Box 105081<br>Atlanta, GA 30348-5081 | Village of Bellwood<br>3200 Washington Blvd<br>Bellwood, IL 60104-1984 |
| Village of Dolton<br>14122 Chicago Road<br>Dolton, IL 60419-1098 | Village of Dolton<br>Municipal Collections of America, Inc<br>3348 Ridge road<br>Lansing, Il 60438-3112 | Village of Hazelcrest<br>3000 W. 170th Place<br>Hazel Crest, IL 60429-1129 |
| Village of Riverdale<br>157 W. 144th Street<br>Riverdale, IL 60827-2707 | Village of South Holland<br>16226 Wausau Avenue<br>South Holland, IL 60473-2156 | WILLIAMS & FUDGE INC<br>300 CHATHAM AVE STE 201<br>ROCK HILL, SC 29730-5395 |
| Wilmington Savings Fund Society, FSB<br>RAS Crane, LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | Wilmington Savings fund Society<br>9990 Richmond Ave.<br>Suite 400 South<br>Houston, TX 77042-4546 | Witvoet Plumbing, Inc<br>16030 Cottage Grove Ave<br>South Holland, IL 60473-1654 |
| nicor gas<br>po box 549<br>aurora il 60507-0549 | Aaron M Weinberg<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | Devonda Hutchinson<br>1232 E 168th Pl<br>South Holland, IL 60473-3150 |
| Elizabeth Placek<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEM                (d)Jefferson Capital Systems LLC
16 MCLELAND RD                          Po Box 7999
SAINT CLOUD, MN 56303                   Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Municipal Collection Services, Inc      End of Label Matrix
P.O. Box 327                                Mailable recipients    56
Palos Heights, IL 60463-0327                Bypassed recipients     1
                                            Total                  57
```

Case 19-23697    Doc 36    Filed 05/18/20    Entered 05/18/20 17:17:51    Desc Main
Document      Page 4 of 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 23697 |
| Devonda Hutchinson, ) | |
| ) | HON. David D. Cleary |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Devonda Hutchinson, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On August 22, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On November 4, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 21.5% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $650.00 monthly for 36 months.

5. Debtor is in a position to make regular and ongoing trustee payments, if the payments are lowered to $275.00 per month. Please see Exhibit A. The Trustee payment at $275.00 per month will still pay the case out at 100% of their allowed claims.

6. Debtor respectfully requests this Honorable Court decrease the current Chapter 13 plan payment to $275.00 per month.

7. Debtor is in a position to proceed with the instant case.

8. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order decrease the current Chapter 13 plan payment to $275.00 per month; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Aaron Weinberg*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625