## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 23697 |
| Devonda Hutchinson, | ) | HON. David D. Cleary |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |

## AMENDED NOTICE OF MOTION

TO:    Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

Village of South Holland Water Department, 16226 Wausau Ave, South Holland, IL 60473;

See Attached Service List

Please take notice that on June 1, 2020, at 1:30 p.m. I shall appear before the Honorable David D. Cleary in Courtroom 644 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion.

**This motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 20, 2020.

_/s/ Aaron Weinberg_
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

Label Matrix for local noticing
0752-1
Case 19-23697
Northern District of Illinois
Eastern Division
Wed May  6 15:04:16 CDT 2020

Selene Finance LP as attorney in fact for Wi
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
Clayton, MO 63105-1960

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
Clayton, MO 63105-1960

Wilmington Savings Fund Society, FSB
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 1
Duluth, GA 30097-8458

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Advance Cash
P.O. Box 10
Parshall, ND 58770-0010

Americash - Bankruptcy
Mkt Square Shop Ctr 180 S Bolingbrook Dr
Bolingbrook, IL 60440-2852

Bridge Lending Solutions
597 Peace Pipe Road
Lac Du Flambeau, WI 54538

CAPITALONE
c/o Pollack & Rosen, P.C
1825 Barrett Lakes Blvd Suite 510
Kennesaw, GA 30144-7519

COASTTOCOAST
101 HODENCAMP RD SUITE 120
THOUSAND OAKS, CA 91360-5831

Capital Management Services, LP
698 1/2 S Ogden St
Buffalo, NY 14206-2317

City of Chicago
205 W Randolph # 1100
c/o Goldman and Grant
Chicago, IL 60606-1813

City of Chicago - Dep't of Revenue
PO Box 88292
Chicago, IL 60680-1292

City of Chicago - Parking and red Light Tick
Department of Revenue - PO Box 88292
Chicago, IL 60680

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Ste. 600
Chicago, IL 60604-3517

ComEd
3 Lincoln Center
Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Comcast
11621 E. Marginal Way # 5
Bankruptcy Dept
Seattle, WA 98168-1965

Commonwealth Edison
3 Lincoln Ctr
Attn: Bankruptcy Department
Oakbrook Ter, IL 60181-4204

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Convergent
800 SW 39th St/PO Box 9004
Renton, WA 98057-9004

Country Club Hills Municipality
4200 W 183rd Street
Country Club Hills, IL 60478-5338

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Golden Valley Lending, Inc
635 East Hwy 20, E
Upper Lake, CA 95485-8793

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654-1421

IRS
Po Box 7346
Philadelphia, PA 19101-7346

Illinois Tollway
2700 Ogden Ave
Legal Dept
Downers Grove, IL 60515-1703

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FND LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Linebarger Goggan Blair & Sampson, LLP
233 S WACKER #4030
Chicago, IL 60606-6379

Municipal Collection Services
PO BOX 327
Palos Heights, IL 60463-0327

Municipal Collections of American, Inc.-Vill
P.O. Box 666
Lansing, IL 60438-0666

Nicor Gas
90 N. Finley Road
Glen Ellyn, IL 60137-6078

North Cash
PO Box 498
Hays, MT 59527-0498

Northwood Asset Management Group
3901 Genesee St
Buffalo, NY 14225-1944

PENN CREDIT
Po Box 69703
Harrisburg, PA 17106-9703

Progressive Auto Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

SELENE FINANCE LP
9990 RICHMOND AVE STE 40
HOUSTON, TX 77042-4559

SENTRY CREDIT INC
2809 GRAND AVE
EVERETT, WA 98201-3417

US DEPT ED
PO Box 105081
Atlanta, GA 30348-5081

Village of Bellwood
3200 Washington Blvd
Bellwood, IL 60104-1984

Village of Dolton
14122 Chicago Road
Dolton, IL 60419-1098

Village of Dolton
Municipal Collections of America, Inc
3348 Ridge road
Lansing, Il 60438-3112

Village of Hazelcrest
3000 W. 170th Place
Hazel Crest, IL 60429-1129

Village of Riverdale
157 W. 144th Street
Riverdale, IL 60827-2707

Village of South Holland
16226 Wausau Avenue
South Holland, IL 60473-2156

WILLIAMS & FUDGE INC
300 CHATHAM AVE STE 201
ROCK HILL, SC 29730-5395

Wilmington Savings Fund Society, FSB
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

Wilmington Savings fund Society
9990 Richmond Ave.
Suite 400 South
Houston, TX 77042-4546

Witvoet Plumbing, Inc
16030 Cottage Grove Ave
South Holland, IL 60473-1654

nicor gas
po box 549
aurora il 60507-0549

Aaron M Weinberg
The Semrad Law Firm, LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603-1811

Devonda Hutchinson
1232 E 168th Pl
South Holland, IL 60473-3150

Elizabeth Placek
The Semrad Law Firm, LLC
20 S. Clark
28th Floor
Chicago, IL 60603-1811

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL  SYSTEM              (d)Jefferson Capital Systems LLC
16 MCLELAND RD                         Po Box 7999
SAINT CLOUD, MN 56303                  Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
 (d)Municipal Collection Services, Inc      End of Label Matrix
P.O. Box 327                                Mailable recipients    56
Palos Heights, IL 60463-0327                Bypassed recipients     1
                                            Total                  57
```