## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 23697 |
| Devonda Hutchinson, ) | |
| ) | HON. David D. Cleary |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### AMENDED NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on June 8, 2020, at 1:30 P.m. I shall appear before the Honorable David D. Cleary in Courtroom 644 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 20, 2020.

/s/ *Aaron Weinberg*
Attorney for Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

Label Matrix for local noticing
0752-1
Case 19-23697
Northern District of Illinois
Eastern Division
Wed May 6 15:04:16 CDT 2020

Selene Finance LP as attorney in fact for Wi
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
Clayton, MO 63105-1960

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
Clayton, MO 63105-1960

Wilmington Savings Fund Society, FSB
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 1
Duluth, GA 30097-8458

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Advance Cash
P.O. Box 10
Parshall, ND 58770-0010

Americash - Bankruptcy
Mkt Square Shop Ctr 180 S Bolingbrook Dr
Bolingbrook, IL 60440-2852

Bridge Lending Solutions
597 Peace Pipe Road
Lac Du Flambeau, WI 54538

CAPITALONE
c/o Pollack & Rosen, P.C
1825 Barrett Lakes Blvd Suite 510
Kennesaw, GA 30144-7519

COASTTOCOAST
101 HODENCAMP RD SUITE 120
THOUSAND OAKS, CA 91360-5831

Capital Management Services, LP
698 1/2 S Ogden St
Buffalo, NY 14206-2317

City of Chicago
205 W Randolph # 1100
c/o Goldman and Grant
Chicago, IL 60606-1813

City of Chicago - Dep't of Revenue
PO Box 88292
Chicago, IL 60680-1292

City of Chicago - Parking and red Light Tick
Department of Revenue - PO Box 88292
Chicago, IL 60680

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Ste. 600
Chicago, IL 60604-3517

ComEd
3 Lincoln Center
Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Comcast
11621 E. Marginal Way # 5
Bankruptcy Dept
Seattle, WA 98168-1965

Commonwealth Edison
3 Lincoln Ctr
Attn: Bankruptcy Department
Oakbrook Ter, IL 60181-4204

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Convergent
800 SW 39th St/PO Box 9004
Renton, WA 98057-9004

Country Club Hills Municipality
4200 W 183rd Street
Country Club Hills, IL 60478-5338

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Golden Valley Lending, Inc
635 East Hwy 20, E
Upper Lake, CA 95485-8793

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654-1421

IRS
Po Box 7346
Philadelphia, PA 19101-7346

Illinois Tollway
2700 Ogden Ave
Legal Dept
Downers Grove, IL 60515-1703

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FND LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>233 S WACKER #4030<br>Chicago, IL 60606-6379 | Municipal Collection Services<br>PO BOX 327<br>Palos Heights, IL 60463-0327 | Municipal Collections of American, Inc.-Vill<br>P.O. Box 666<br>Lansing, IL 60438-0666 |
| Nicor Gas<br>90 N. Finley Road<br>Glen Ellyn, IL 60137-6078 | North Cash<br>PO Box 498<br>Hays, MT 59527-0498 | Northwood Asset Management Group<br>3901 Genesee St<br>Buffalo, NY 14225-1944 |
| PENN CREDIT<br>Po Box 69703<br>Harrisburg, PA 17106-9703 | Progressive Auto Insurance<br>6300 Wilson Mills Rd<br>Cleveland, OH 44143-2182 | SELENE FINANCE LP<br>9990 RICHMOND AVE STE 40<br>HOUSTON, TX 77042-4559 |
| SENTRY CREDIT INC<br>2809 GRAND AVE<br>EVERETT, WA 98201-3417 | US DEPT ED<br>PO Box 105081<br>Atlanta, GA 30348-5081 | Village of Bellwood<br>3200 Washington Blvd<br>Bellwood, IL 60104-1984 |
| Village of Dolton<br>14122 Chicago Road<br>Dolton, IL 60419-1098 | Village of Dolton<br>Municipal Collections of America, Inc<br>3348 Ridge road<br>Lansing, Il 60438-3112 | Village of Hazelcrest<br>3000 W. 170th Place<br>Hazel Crest, IL 60429-1129 |
| Village of Riverdale<br>157 W. 144th Street<br>Riverdale, IL 60827-2707 | Village of South Holland<br>16226 Wausau Avenue<br>South Holland, IL 60473-2156 | WILLIAMS & FUDGE INC<br>300 CHATHAM AVE STE 201<br>ROCK HILL, SC 29730-5395 |
| Wilmington Savings Fund Society, FSB<br>RAS Crane, LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | Wilmington Savings fund Society<br>9990 Richmond Ave.<br>Suite 400 South<br>Houston, TX 77042-4546 | Witvoet Plumbing, Inc<br>16030 Cottage Grove Ave<br>South Holland, IL 60473-1654 |
| nicor gas<br>po box 549<br>aurora il 60507-0549 | Aaron M Weinberg<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | Devonda Hutchinson<br>1232 E 168th Pl<br>South Holland, IL 60473-3150 |
| Elizabeth Placek<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEM              (d)Jefferson Capital Systems LLC
16 MCLELAND RD                        Po Box 7999
SAINT CLOUD, MN 56303                 Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Municipal Collection Services, Inc     End of Label Matrix
P.O. Box 327                              Mailable recipients    56
Palos Heights, IL 60463-0327              Bypassed recipients     1
                                          Total                  57
```