UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-23697
Devonda Hutchinson )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises; IT IS HEREBY ORDERED:

1. That Section 3.3 of the current Chapter 13 Plan is modified to ask the Trustee to resume payments to the Village of South Holland Water Department.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: June 01, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625